| | |
|---|---|
| 1 | LUKENS LAW GROUP |
| | WILLIAM M. LUKENS (SBN 037196) |
| 2 | JENNIFER L. JONAK (SBN 191323) |
| | One Maritime Plaza, Suite 1600 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 433-3000 |
| 4 | Facsimile: (415) 781-1034 |

Attorneys for Plaintiff Dixon R. Doll

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIXON R. DOLL, an individual; | | Case No. C 05 1132 MMC |
| Plaintiff, | | |
| v. | | **STIPULATION WITHDRAWING MOTIONS TO DISMISS AND EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT** |
| STARS HOLDING COMPANY (formerly known as myCFO, Inc., and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; SIDLEY AUSTIN BROWN & WOOD, LLP, a Delaware limited liability partnership; R.J. RUBLE, an individual; FAMILY STATUTORY INVESTMENT TRUST, a trust; R. J. RUBLE, as Trustee of FAMILY INVESTMENT STATUTORY TRUST; GRANT THORNTON LLP, a limited liability partnership; DOES ONE THROUGH THIRTY, inclusive; | | AND ORDER THEREON |
| Defendants. | | |

The parties, through their undersigned counsel, hereby stipulate as follows:

Plaintiff Dixon R. Doll ("Plaintiff") has advised counsel for all of the defendants who have appeared that he intends to amend the complaint that is the subject of defendants' pending motions to dismiss by July 8, 2005.

In light of this, defendants Sidley Austin Brown & Wood LLP ("Sidley"), R.J. Ruble ("Ruble") and Grant Thornton LLP ("Grant Thornton") intend to withdraw their motions to dismiss and vacate the corresponding hearings, which are currently set for July 8, 2005 and July 22, 2005.

Pursuant to N.D. Cal. Local Rule 6-1(a), in order to accommodate the schedules of defense counsel, Plaintiff agrees that defendants Sidley, Ruble and Grant Thornton shall have until August 27, 2005 to answer or otherwise respond to the amended complaint.

SO STIPULATED AND AGREED:

DATED:  June 27, 2005                            LUKENS LAW GROUP

                                                 By:____/s/ Jennifer L. Jonak
                                                      Jennifer L. Jonak

                                                 Attorneys for Plaintiff
                                                 DIXON R. DOLL


DATED:  June 27, 2005                            FARELLA BRAUN & MARTEL LLP


                                                 By: /s/ Stephanie P. Skaff
                                                     Stephanie P. Skaff

                                                 Attorneys for Defendant
                                                 GRANT THORNTON LLP

| | | |
|---|---|---|
| 1 | DATED:  June 27, 2005 | MUNGER TOLLES & OLSON LLP |
| 3 | | By: /s/ Tamerlin J. Godley<br>Tamerlin J. Godley |
| 4 | | Attorneys for Defendant<br>SIDLEY AUSTIN BROWN & WOOD LLP |
| 8 | DATED:  June 27, 2005 | BARTKO, ZANKEL, TARRANT & MILLER, P.C. |
| 10 | | By: /s/ Robert H. Bunzel<br>Robert H. Bunzel |
| 12 | | Attorneys for Defendant<br>R.J. RUBLE |
| 20 | Dated: June 28, 2005 | IT IS SO ORDERED<br>Judge Maxine M. Chesney |

STIPULATIONS WITHDRAWING MOTIONS TO DISMISS (Case No. C 05 1132 MMC)

3