Douglas R. Young (State Bar No. 073248)
Stephanie Powers Skaff (State Bar No. 183119)
James C. Mann (State Bar No. 221603)
Farella Braun + Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
GRANT THORNTON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXON R. DOLL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STARS HOLDING COMPANY (formerly known as myCFO, Inc., and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; SIDLEY AUSTIN BROWN & WOOD, LLP, a Delaware limited liability partnership; R.J. RUBLE, an individual; FAMILY STATUTORY INVESTMENT TRUST, a trust; R.J. RUBLE, as Trustee of FAMILY INVESTMENT STATUTORY TRUST; GRANT THORNTON LLP, a limited liability partnership; DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No.  05-cv-01132 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date Action Filed: March 18, 2005<br>Date Set For Trial: None |

STIPULATION AND PROPOSED ORDER
TO RESCHEDULE CMC 05-cv-01132 MMC

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

19742\803875.1

The Court has scheduled an initial Case Management Conference on August 5, 2005. Because the pre-existing vacation schedules of one or more lead counsel conflict with the date scheduled for the Case Management Conference, the parties hereby agree to extend the date for the Case Management Conference to September 16, 2005, or to a date thereafter convenient for the Court.

THEREFORE IT IS HEREBY STIPULATED THAT:

1. The Case Management Conference in this case presently scheduled for August 5, 2005 shall be continued to September 16, 2005 or a new date thereafter to be set by the Court.

2. Any applicable dates under the Civil Local Rules and Federal Rules of Civil Procedure, including the date for submittal of a Joint Case Management Statement, shall be calculated based on the new Case Management Conference date.

STIPULATED AND SO AGREED:

DATED: July 8, 2005                                         FARELLA BRAUN & MARTEL LLP


By: /s/
    Stephanie Powers Skaff

Attorneys for Defendant
GRANT THORNTON LLP


Concurrence in filing this document was obtained from Jennifer L. Jonak, Jason A. Carey, Tamerlin Godley, and Robert H. Bunzel in compliance with General Order No. 45, Section X.

DATED: July 8, 2005                                         LUKENS LAW GROUP


By: /s/
    Jennifer L. Jonak

Attorneys for Plaintiff
DIXON R. DOLL

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
TO RESCHEDULE CMC 05-cv-01132 MMC         - 2 -                                    19742\803875.1

| | | |
|---|---|---|
| 1 | DATED: July 8, 2005 | MCDERMOTT, WILL & EMERY |

By: /s/
    Jason A. Carey

Attorneys for Defendants
CHENERY ASSOCIATES, CHENERY ASSOCIATES, INC., CHENERY MANAGEMENT, INC., CHENERY INVESTMENTS, INC., CHENERY SERVICES, INC. CHENERY CAPITAL, INC., SUSSEX FINANCIAL ENTERPRISES, and ROY E. HAHN

DATED: July 8, 2005          MUNGER TOLLES & OLSON

By: /s/
    Tamerlin Godley
Attorneys for Defendant
SIDLEY AUSTIN BROWN & WOOD LLP

DATED: July 8, 2005          BARTKO ZANKEL TARRANT & MILLER

By: /s/
    Robert H. Bunzel

Attorneys for Defendant
R. J. RUBLE individually and as Trustee of the FAMILY INVESTMENT STATUTORY TRUST

The case management conference is continued to September 16, 2005, at 10:30 a.m.

IT IS SO ORDERED.

Dated: __July 11_____, 2005

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
Judge of the U.S. District Court

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER TO RESCHEDULE CMC 05-cv-01132 MMC  - 3 -  19742\803875.1