IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIXON R. DOLL,

    Plaintiff,

v.

STARS HOLDING COMPANY, et al.,

    Defendants

No. C 05-1132 MMC

**ORDER DENYING CHENERY DEFENDANTS' MOTION TO DISMISS AS MOOT**

    Before the Court is the Chenery Defendants' motion to dismiss plaintiff's complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. On July 8, 2005, before any defendant filed a responsive pleading to the original complaint, plaintiff filed a First Amended Complaint.

    A plaintiff may amend its pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

    Accordingly, the Court hereby DENIES the Chenery Defendant's motion to dismiss as moot, and VACATES the hearing scheduled for August 5, 2005.

    **IT IS SO ORDERED.**

Dated: July 12, 2005

        /s/ Maxine M. Chesney
        MAXINE M. CHESNEY
        United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).