Douglas R. Young (State Bar No. 073248)
Stephanie Powers Skaff (State Bar No. 183119)
James C. Mann (State Bar No. 221603)
Farella Braun + Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
GRANT THORNTON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIXON R. DOLL, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STARS HOLDING COMPANY (formerly known as myCFO, Inc., and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; SIDLEY AUSTIN BROWN & WOOD, LLP, a Delaware limited liability partnership; R.J. RUBLE, an individual; FAMILY STATUTORY INVESTMENT TRUST, a trust; R.J. RUBLE, as Trustee of FAMILY INVESTMENT STATUTORY TRUST; GRANT THORNTON LLP, a limited liability partnership; DOES ONE THROUGH THIRTY, inclusive;<br><br>　　　　　　　Defendants. | Case No.  05-cv-01132 MMC<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**_____<br><br>Date Action Filed:  March 18, 2005<br>Date Set For Trial:  None |

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
TO RESCHEDULE CMC 05-cv-01132 MMC

19742\827975.1

The Court has scheduled an initial Case Management Conference on September 16, 2005. Because Plaintiff has requested that all of the motions to dismiss filed or to-be-filed by the various defendants be consolidated for hearing on October 28, 2005, and because defendant Chenery has recently substituted counsel into this matter, the parties hereby agree to extend the date for the Case Management Conference to October 28, 2005, or to a date thereafter convenient for the Court.

THEREFORE IT IS HEREBY STIPULATED THAT:

1. The Case Management Conference in this case presently scheduled for September 16, 2005 shall be continued to October 28, 2005 or a new date thereafter to be set by the Court.

2. Any applicable dates under the Civil Local Rules and Federal Rules of Civil Procedure, including the date for submittal of a Joint Case Management Statement, shall be calculated based on the new Case Management Conference date.

STIPULATED AND SO AGREED:


DATED: September 8, 2005                FARELLA BRAUN & MARTEL LLP


                                        By: /s/
                                            Stephanie Powers Skaff

                                        Attorneys for Defendant
                                        GRANT THORNTON LLP


Concurrence in filing this document was obtained from Jennifer Jonak, Stewart Foreman, Tamerlin Godley, and Robert H. Bunzel in compliance with General Order No. 45, Section X.

DATED: September 8, 2005                LUKENS LAW GROUP


                                        By: /s/
                                            Jennifer Jonak

                                        Attorneys for Plaintiff
                                        DIXON R. DOLL

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
TO RESCHEDULE CMC 05-cv-01132 MMC           - 2 -                              19742\827975.1

| | | |
|---|---|---|
| 1 | DATED: September 8, 2005 | FREEMAN, COOPER & FOREMAN |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Stewart H. Foreman |
| 5 | | Attorneys for Defendants CHENERY ASSOCIATES, CHENERY ASSOCIATES, INC., CHENERY MANAGEMENT, INC., CHENERY INVESTMENTS, INC., CHENERY SERVICES, INC. CHENERY CAPITAL, INC., SUSSEX FINANCIAL ENTERPRISES, and ROY E. HAHN |
| 9 | DATED: September 8, 2005 | MUNGER TOLLES & OLSON |
| 11 | | |
| 12 | | By: /s/ Tamerlin Godley Attorneys for Defendant |
| 13 | | SIDLEY AUSTIN BROWN & WOOD LLP |
| 15 | DATED: September 8, 2005 | BARTKO ZANKEL TARRANT & MILLER |
| 17 | | By: /s/ Robert H. Bunzel |
| 18 | | Attorneys for Defendant |
| 19 | | R. J. RUBLE individually and as Trustee of the FAMILY INVESTMENT STATUTORY TRUST |

### ORDER

Pursuant to the parties' stipulation, the case management conference is continued from September 16, 2005 to December 9, 2005. A joint case management statement shall be filed no later than December 2, 2005.

IT IS SO ORDERED

Dated: September 9, 2005

_____
Hon. Maxine M. Chesney
Judge of the U.S. District Court

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND PROPOSED ORDER
TO RESCHEDULE CMC 05-cv-01132 MMC      - 3 -      19742\827975.1