| | |
|---|---|
| 1 | BRAD D. BRIAN (SBN 079001) |
| 2 | RICHARD E. DROOYAN (SBN 065672)<br>TAMERLIN J. GODLEY (SBN 194507) |
| 3 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue |
| 4 | Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560 |
| 5 | Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702 |
| 6 | BRIAN R. HOCHLEUTNER (SBN 231732) |
| 7 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 8 | Twenty Seventh Floor<br>San Francisco, CA  94105-2907 |
| 9 | Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077 |
| 10 | Attorneys for Defendants |
| 11 | SIDLEY AUSTIN BROWN & WOOD, LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | | |
| 15 | DIXON R. DOLL, an individual, | CASE NO. C 05 1132 MMC |
| 16 | Plaintiff, | |
|    | vs. | |
| 17 | STARS HOLDING COMPANY (formerly known as myCFO, Inc., and doing business in California as Delaware STARS Holding Company); CHENERY ASSOCIATES, a general partnership; CHENERY ASSOCIATES, INC., a California corporation; CHENERY MANAGEMENT, INC., a California corporation; CHENERY INVESTMENTS, INC., a California corporation; CHENERY SERVICES, INC., a California corporation; CHENERY CAPITAL, INC., a California corporation; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; ROY E. HAHN, an individual; SIDLEY AUSTIN BROWN & WOOD, LLP, a Delaware limited liability partnership; R.J. RUBLE, an individual; FAMILY STATUTORY INVESTMENT TRUST, a trust; R. J. RUBLE, as Trustee of FAMILY INVESTMENT STATUTORY TRUST; GRANT THORNTON LLP, a limited liability partnership; DOES ONE THROUGH THIRTY, inclusive, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT SIDLEY, AUSTIN, BROWN & WOOD LLP TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS |
| 27 | Defendants. | |

1128779.1

This Stipulation is entered between Plaintiff Dixon R. Doll (Plaintiff") and Defendant Sidley Austin Brown & Wood LLP ("SABW"), through their respective counsel of record based upon the following:

WHEREAS, Defendant SABW filed a Motion to Dismiss the Securities Fraud and Non-Fraud Claims Alleged in Plaintiff's First Amended Complaint on August 26, 2005, setting the hearing for September 30, 2005;

WHEREAS, the hearing was subsequently moved to October 28, 2005 and September 30, 2005 was set as the due date for SABW's reply brief on its motion;

WHEREAS, because of conflicts in SABW's counsel's schedule, SABW and Plaintiff have agreed to a one week extension for the filing of SABW's reply brief to October 7, 2005 (which is still well before the 14 day deadline outlined by Local Rule 7-3(c));

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, subject to approval by the Court, as follows:

That SABW shall have an extension to file and serve its reply in support of its Motion to Dismiss the Securities Fraud and Non-Fraud Claims Alleged in Plaintiff's First Amended Complaint up to and including October 7, 2005.

1128779.1

- 1 -

Submitted:

DATED: September 27, 2005                    MUNGER, TOLLES & OLSON LLP


                                             By: /s/ *Tamerlin J. Godley*
                                                   TAMERLIN J. GODLEY

                                             Attorneys for Defendant
                                             SIDLEY AUSTIN BROWN & WOOD LLP

DATED: September 27, 2005                    LUKENS LAW GROUP


                                             By: /s/ *Jennifer L. Jonak*
                                                   JENNIFER L. JONAK

                                             Attorneys for Plaintiff


    Upon the foregoing Stipulation and agreement of the parties, and good cause appearing,

    IT IS SO ORDERED.

Dated:  September 28, 2005

                                             _____
                                             Hon. Maxine M. Chesney
                                             United States District Court Judge